MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Paulette Swindeman

Chapter 7

Case No. 08-31732

Please Check One:

__X__   Unclaimed Dividends

_____   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MDI<br>PO Box 1521<br>Minneapolis, MN 55480 | 1 | $3,192.96 | $70.13 |

Date: February 9, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475